IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BART W. WOODARD                                                                                   PLAINTIFF

v.                                          Civil No. 6:21-cv-06003

DOROTHY GRIFFIN                                                                                DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation filed January 20, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 6.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se* and *in forma pauperis*.  For purposes of pre-service screening, Judge Bryant found that Plaintiff's Complaint (ECF No. 1) should be dismissed with prejudice.

Plaintiff filed his objections to the Report and Recommendation on February 22, 2021. (ECF No. 9).  Upon consideration, Plaintiff's objections are not directly responsive to the Report and Recommendation and offer no error of law or fact from which the Court finds it necessary to depart from the Report and Recommendation.  Therefore, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*.  Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 19th day of April 2021.

.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE

1